UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| Garron L. Norris, | ) | C/A No. 1:10-1667-JFA-SVH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| Doctor Salvatore Bianca, | ) | |
| Defendant. | ) | |

The *pro se* plaintiff, Garron L. Norris, brings this action pursuant to 42 U.S.C. § 1983. He was a detainee at the Cherokee County Detention Center at the time this action was filed. The plaintiff alleges that the defendant violated his civil rights when the defendant physician alleged refused to provide plaintiff with prescription medications.

The Magistrate Judge assigned to this action[1] has prepared a thorough Report and Recommendation and opines that the complaint should be dismissed as duplicative of other pending law suits in this court. The Report sets forth in detail the relevant facts and standards of law on this matter, and the court incorporates such without a recitation.

The parties were advised of their right to file objections to the Report and Recommendation, which was entered on the docket on August 30, 2010. Neither party has

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b)(1).

1

filed objections and the time limit to do so has expired.

The Magistrate Judge suggests that the present action is duplicative of issues currently being litigated in this court in Civil Action No. 1:10-1338-JFA-SVH. The court agrees with the Magistrate Judge that allowing two separate, essentially identical lawsuits filed by the same individual against the same defendant does not promote judicial efficiency and economy.

After a careful review of the record, the applicable law, and the Report and Recommendation, the court finds the Magistrate Judge's recommendation to be proper and incorporates the Report herein by reference. Accordingly, this action is dismissed without prejudice and without issuance and service of process.

IT IS SO ORDERED.

October 22, 2010  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge